PO Box 7416
Bellevue WA 98008
RETURN SERVICE REQUESTED

**Merchants Credit Association**
2245 152nd NE          P.O. Box 7416
Redmond, WA 98052      Bellevue, WA 98008-1416

(425) 643-2613 • (800) 755-1107

07/26/07

Account #:  P0441854 D51 A1L0 ACT

P0441854 D51 A1L0 ACT-PN03   003399
Berhan H Abraham
407 N 87th St
Apt 3
Seattle WA  98103-3742

Merchants Credit Association
PO Box 7416
Bellevue WA 98008-1416

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***   MCAIPN03TY6BFE4119

You are hereby notified that a balance is outstanding with our office.

Our records indicate that you have failed to pay your obligation. It is our policy to report some collection accounts to credit bureaus. Information may be kept on a credit report for 7 years. Adverse credit ratings become public record information, it may result in future denial of credit.

Your account number is: P0441854.  Please use this number when referencing your account.

This communication is from a debt collector.

**Mr. Riley ext 137**

```
           charges    payments    balance
princ      1231.00      0.00      1231.00
c/int         0.00      0.00         0.00
c/oth         0.00      0.00         0.00
m/rtn         0.00      0.00         0.00
a/int         6.46      0.00         6.46
c/cst         0.00      0.00         0.00
h/cst         0.00      0.00         0.00
L/cst         0.00      0.00         0.00
TOTAL      1237.46      0.00      1237.46
```

```
acct#    princ    c/int    c/oth    a/int    cst    payments    balance
1151763  02-03-07 HARBORVIEW MED CTR PHYS SEATTLE WA            12.00% APR
         1231.00   0.00     0.00    6.46    0.00     0.00       1237.46
```



EXHIBIT
1