**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| BERHAN ABRAHAM, ) | |
| ) | No. 2:08-CV-01125-RSM |
| Plaintiff, ) | |
| ) | ANSWER AND AFFIRMATIVE |
| v. ) | DEFENSES |
| ) | |
| MERCHANTS CREDIT CORPORATION, ) | |
| a Washington Corporation, and JOHN DOE ) | |
| COLLECTOR an unidentified debt ) | |
| collector for Merchants Credit Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

In response to the Complaint filed herein, the Defendants answer as follows:

**I.**
**COMPLAINT**

Answering Paragraph 1.1, Defendant Merchants Credit Association denies liability, affirmatively states that the statute of limitations has run on Plaintiff's claims, that no private cause of action exists under 19.16, ("WCAA") that Plaintiff's damages, if any, have

ANSWER - 1

Luke, Casteel & Olsen, PSC
3400 188th Street SW, Suite 484
Lynnwood, WA 98037
425-744-0411
425-771-3490 (Facsimile)

been reimbursed, with interest.

## II.
## JURISDICTION & VENUE

Answering Paragraph 2.1, Defendants admit that the court has jurisdiction over federal claims, and supplemental jurisdiction only if federal claims are maintained.

Answering Paragraph 2.2, Defendants admit venue to the extent jurisdiction is maintained.

## III.
## FEDERAL QUESTION
## SUBJECT MATTER JURISDICTION

Answering Paragraph 3.1, Defendants admit.

Answering Paragraph 3.2, Defendants admit.

Answering Paragraph 3.3, Defendants admit.

Answering Paragraph 3.4, Defendants admit.

Answering Paragraph 3.5, Defendants admit.

Answering Paragraph 3.6, Defendants admit that the collector is an employee of the collection agency.

Answering Paragraph 3.7, Defendants admit.

Answering Paragraph 3.8, Defendants admit use as employee of Merchants Credit Association.

Answering Paragraph 3.9, Defendants admit.

Answering Paragraph 3.10, Defendants admit.

Answering Paragraph 3.11, Defendants admit conduct as employee of Merchants Credit Association.

ANSWER - 2

Luke, Casteel & Olsen, PSC
3400 188th Street SW, Suite 484
Lynnwood, WA 98037
425-744-0411
425-771-3490 (Facsimile)

Answering Paragraph 3.12, Defendants admit.

Answering Paragraph 3.13, Defendants admit.

Answering Paragraph 3.14, Defendants admit conduct as employee of Merchants Credit Association.

## IV.
## PARTIES

Answering Paragraph 4.1, Defendants admit.

Answering Paragraph 4.2, Defendants admit.

Answering Paragraph 4.3, Defendants admit.

Answering Paragraph 4.4, Defendants admit.

Answering Paragraph 4.5, Defendants admit.

Answering Paragraph 4.6, Defendants admit only that collectors actions were done on behalf of his employer, Merchants Credit Association.

## V.
## FACTS

Answering Paragraph 5.1, Defendants deny for lack of knowledge as to date of receipt. Affirmatively state that Plaintiff knew of the claim the day before.

Answering Paragraph 5.2, Defendants state that the letter speaks for itself.

Answering Paragraph 5.3, Defendants admit.

Answering Paragraph 5.4, Defendants deny. Admit that letter detailed an account balance.

Answering Paragraph 5.5, Defendants deny demand. Admit Harborview Medical Center services were rendered to another individual with similar name.

Answering Paragraph 5.6, Defendants admit that the patient was a similarly named

ANSWER - 3

Luke, Casteel & Olsen, PSC
3400 188th Street SW, Suite 484
Lynnwood, WA 98037
425-744-0411
425-771-3490 (Facsimile)

individual, not Plaintiff.

Answering Paragraph 5.7, Defendants deny for lack of knowledge.

Answering Paragraph 5.8, Defendants deny. The individual's name was Berhanu Abraham.

Answering Paragraph 5.9, Defendants believed that they were sending the letter to the person who received the services.

Answering Paragraph 5.10, Defendants admit that Merchants Credit Association obtained a default judgment against Berhan Abraham, which Merchants Credit Association believed was the person who received medical services.

Answering Paragraph 5.11, Defendants admit that Ms. Abraham demonstrated that she was not responsible for Mr. Abraham's expenses.

Answering Paragraph 5.12, Defendants deny Merchants Credit Association knew of two individuals, with separate bills, yet very similar names, until notice from Plaintiff's counsel.

Answering Paragraph 5.13, Defendants admit that counsel for Plaintiff herein brought the issue to the attention of Merchants Credit Association and the Merchants Credit Association reimbursed all sums to Plaintiff herein along with 12% interest (see Snohomish County District Court Cause No.C04-00526) under claims against both Plaintiff and Mr. Abraham.

## VI.
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

Answering Paragraph 6.1, Defendants deny.

Answering Paragraph 6.2, Defendants deny.

Answering Paragraph 6.3, Defendants deny.

ANSWER - 4

Luke, Casteel & Olsen, PSC
3400 188th Street SW, Suite 484
Lynnwood, WA 98037
425-744-0411
425-771-3490 (Facsimile)

Answering Paragraph 6.4, Defendants deny.

Answering Paragraph 6.5, Defendants deny.

Answering Paragraph 6.6, Defendants deny.

Answering Paragraph 6.7, Defendants deny.

Answering Paragraph 6.8, Defendants deny.

Answering Paragraph 6.9, Defendants deny.

Answering Paragraph 6.10, Defendants deny.  The conversation occurred prior to July 26th and more than one year before this case was filed.

Answering Paragraph 6.11, Defendants deny.

## XII.
## VIOLATION OF THE WASHINGTON COLLECTION AGENCY ACT

Answering Paragraph 7.1, Defendants deny.

Answering Paragraph 7.2, Defendants deny.

Answering Paragraph 7.3, Defendants admit.

Answering Paragraph 7.4, Defendants admit.

Answering Paragraph 7.5, Defendants deny.

Answering Paragraph 7.6, Defendants deny.

Answering Paragraph 7.7, Defendants deny.  By way of further answer, deny any private right of action exists under 19.16 (WCAA).

## XIII.
## VIOLATION OF THE CONSUMER PROTECTION ACT

Answering Paragraph 8.1, Defendants deny.

Answering Paragraph 8.2, Defendants deny.

ANSWER - 5

Luke, Casteel & Olsen, PSC
3400 188th Street SW, Suite 484
Lynnwood, WA 98037
425-744-0411
425-771-3490 (Facsimile)

Answering Paragraph 8.3, Defendants deny. A WCAA violation only satisfies some elements of a Consumer Protection Act claim.

Answering Paragraph 8.4, Defendants admit general statement of the law.

Answering Paragraph 8.5, Defendants deny as an overbroad statement of the law.

Answering Paragraph 8.6, Defendants deny.

Answering Paragraph 8.7, Defendants deny.

Answering Paragraph 8.8, Defendants admit the general summary of the statute, deny violations occurred.

Answering Paragraph 8.9, Defendants deny as an overbroad statement of the law.

Answering Paragraph 8.10, Defendants deny.

Answering Paragraph 8.11, Defendants deny.

Answering Paragraph 8.12, Defendants deny.

Answering Paragraph 8.13, Defendants deny.

Answering Paragraph 8.14, Defendants admit.

Answering Paragraph 8.15, Defendants deny. John Doe Collector is an employee only.

Answering Paragraph 8.16, Defendants admit general statement, deny violations.

Answering Paragraph 8.17, Defendants deny.

Answering Paragraph 8.18, Defendants deny.

Answering Paragraph 8.19, Defendants deny.

**FURTHER ANSWERING AND BY WAY OF AFFIRMATIVE DEFENSE,** the Defendants allege as follows:

1. The Plaintiff's claim is barred by the applicable statute of limitation.
2. The Plaintiff's claim is barred by payment.

ANSWER - 6

Luke, Casteel & Olsen, PSC
3400 188th Street SW, Suite 484
Lynnwood, WA 98037
425-744-0411
425-771-3490 (Facsimile)

3. The Plaintiff's claim is barred by set off.

4. Bona fide error.

5. Defendants reserve the right to amend after discovery.

**WHEREFORE**, having answered Plaintiff's Complaint, the Defendants pray for the following relief:

1. The Complaint of the Plaintiff be dismissed with prejudice;

2. Reasonable costs and attorneys' fees incurred in the defense of this suit be reimbursed; and

3. For such other and further relief as the Court may deem just.

DATED this ____ day of November, 2008.

LUKE, CASTEEL & OLSEN, PSC

/s/ Kimberlee Walker Olsen
Kimberlee Walker Olsen, WSBA #28773
Attorney for Defendants
**kolsen@lukecasteel.com**

ANSWER - 7